INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## UNITED STATES DISTRICT COURT
for the
### Southern District of Indiana

<table>
<tr><td>

**DARION JOSEPH ALEXANDER**

_____

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-



**UNITED CONSUMER FINANCIAL SERVICES**

_____

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Case No.    1:23-cv-1142-JMS-MG
_____
(to be filled in by the Clerk's Office)


Jury Trial: (check one)  ☐ Yes  ☑ No

</td></tr>
</table>

FILED
06/28/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Equitable Relief _____

_____

_____

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual:

The plaintiff, *(name)*DARION JOSEPH ALEXANDER_____, is a citizen of the State of *(name)*_INDIANA_____, OR is a citizen of *(foreign nation)*_____

b.   If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* DARION JOSEPH ALEXANDER_____, is incorporated under the laws of the State of *(name)*_INDIANA_____, and has its principal place of business in the State of *(name)*_INDIANA_____.

Or is incorporated under the laws of *(foreign nation)*_____,

and has its principal place of business in *(name)*_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

    a. If the defendant is an individual:

        The defendant, *(name)*_____, is a citizen of
the State of *(name)*_____, OR is a citizen of
*(foreign nation)*_____.

    b. If the defendant is a corporation, partnership, or other entity:

        The defendant, *(name)* UNITED CONSUMER FINANCIAL SERVICES , is incorporated under
the laws of the State of *(name)* OHIO_____, and has its
principal place of business in the State of *(name)* OHIO_____.

        Or is incorporated under the laws of *(foreign nation)*_____,
and has its principal place of business in *(name)*_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

6 million dollars in damages, prohibited actions, breach of fiduciary duties and ultra vires acts performed. Defendant
was unable to provide original documents with wet ink signatures & proper accounting of the on and off ledgers of the account.

## II.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DARION JOSEPH ALEXANDER |
| Street Address | in care of, 4045 Steelewater Lane |
| City and County | Providence of Indianapolis |
| State and Zip Code | Indiana Republic |
| Telephone Number | [317-985-9224] |
| E-mail Address | [94successful@gmail.com] |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNITED CONSUMER FINANCIAL SERVICES |
| Job or Title *(if known)* | |
| Street Address | 865 BASSET ROAD |
| City and County | WESTLAKE, Cuyahoga County |
| State and Zip Code | OHIO 44145 |
| Telephone Number | 800-344-5000 |
| E-mail Address *(if known)* | internalaudit@ucfs.net |

Defendant No. 2

| | |
|---|---|
| Name | RONALD C. GILBERT III |
| Job or Title *(if known)* | Legal Counsel for Defendant No.1, Atty #35530-49 |
| Street Address | 71 SOUTH WACKER DRIVE, 47TH FLOOR |
| City and County | CHICAGO, Cook County |
| State and Zip Code | Illinois, 60606 |
| Telephone Number | 312-634-5700 |
| E-mail Address *(if known)* | ronald.gilbert@akerman.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Complaint/ Testimony attached

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The defendant has performed over $7,500,000.00 in prohibited actions on a common law contract, ultra vires act, usurping powers it does not have, peonage, and other damageable events

Out of good faith, The Executor over the Precedent Vested Estate DARION JOSEPH ALEXANDER is only praying for equitable relief of an equitable charge in the sum of $1,500,000.00. in a court of equity.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            06/28/23

Signature of Plaintiff            darion-joseph: alexander bey, executor and authorized representative of the

Precedent Vested Estate, DARION JOSEPH ALEXANDER

# UNITED STATES DISTRICT COURT
Of

Southern Indiana

DARION JOSEPH ALEXANDER                              :
                                                     :
                                                     :
          Plaintiff                                  :
                                                     :          COURT OF EQUITY
vs.                                                  :
                                                     :          FILE NO.
UNITED CONSUMER FINANCIAL SERVICES                              :
                                                     :
                                                     :
          Defendant                                  :

## Complaint/ Testimony

1.

Defendant,UNITED CONSUMER FINANCIAL SERVICES, is a public corporation operating under commerce in the UNITED STATES at 865 BASSETT ROAD in WESTLAKE, OHIO 44145 and may be served at that address, thereby subjecting the Defendant to the jurisdiction of this Court.

2.

An Identity theft report was filed 08/30/22. After the report was made, the defendant told all credit reporting agencies the debt was accurate and validated. .

3.

On 09/09/22 a call was made to the defendant and the representative said it looked like the debt had been sold but a supervisor would call back.

4.

09/16/22 the plaintiff (Precedent Vested Estate) issued a letter via certified mail #7021 2720 0001 3611 2823 to the defendant stating the defendant gave false and misleading information. Demanding more than what's owed and without providing proof that anything monetary was owed.

5.

On 09/21/22 the defendant sent a letter stating they've verified the information and the debt is the result of a retail contract with an enclosed account summary.

6.

1

On 09/30/22 the plaintiff sent a letter via certified mail #7021 2720 3611 1666 stating that a legal binding contract with 2 wet ink signatures binding both DARION ALEXANDER and UNITED CONSUMER FINANCIAL SERVICES has not been sent. The defendant did not rebut the affidavit of truth. The plaintiff / Precedent Vested Estate sent another invoice with an additional $1,000 for the inconvenience.

7.

On 10/13/22 the defendant sent a letter stating they've received the complaint that was submitted to the CONSUMER FINANCIAL PROTECTION BUREAU.

8.

On 10/18/22 the defendant sent a letter stating the debt had been charged off and validated. The defendant stated the information was correct. The defendant stated that they have insufficient information to conclude the inaccuracy. The defendant enclosed the letter with an alleged forgery request.

9.

On 10/24/22 the plaintiff sent a PENDING SUIT letter via certified mail #7021 2720 0001 3611 4254. The letter stated that the defendant has yet to prove the legal obligation that DARION ALEXANDER, the Precedent Vested Estate, has. The same information the defendant keeps verifying is the same information that would be used when a person is a victim of identity theft. The letter stated that the defendant has still failed to send a legal, lawful binding contract with 2 wet ink signatures from both DARION ALEXANDER and UNITED CONSUMER FINANCIAL SERVICES. A forgery request is not a requirement by law. The letter also stated to send a copy of the ON and OFF ledger of the accounts. An updated affidavit of truth was enclosed with the letter as well as an invoice

10.

On 11/01/22 the defendant sent a letter stating that no payment was made and a 1099-C was not needed. They stated the forgery request was not sent back to them. The defendant stated that they have insufficient information to conclude the inaccuracy.

11.

On 11/16/22 the Office of the Attorney General of Indiana sent an email stating they would mediate the situation.

12.

On 11/28/22 the defendant responded to the Office of the Attorney General of Indiana and stated the information was accurate and that they received the contract from a "JMJ & Associates Inc.". They enclosed the letter with an account summary and a poorly copy "contract". The attorney general office sent a copy of response.

13.

On 11/30/22 the plaintiff responded to the attorney general by stating that the

2

defendant never sent a copy of the "contract" until the attorney general decided to mediate the situation and the defendant still hasn't shown proof of an original contract with 2 wet ink signatures. The defendant did not rebut the latest affidavit of truth. They had not acknowledged the fact that one of their phone representatives said the debt had been sold. The defendant stated that no payment was made but the account summary says otherwise. They have not provided an ON and OFF ledger of the account. The IRS defines a charge off as income and income is not supposed to be on a credit report. The plaintiff still hasn't seen an original legal, lawful contract with 2 wet ink signatures binding both DARION ALEXANDER and UNITED CONSUMER FINANCIAL SERVICES. This letter was enclosed with a notarized breach of fiduciary duties, invoice for $14,000, Fee Schedule, Revocation of Power of Attorney. This notice was also sent certified mail #7021 2720 0001 3611 1079 on 12/6/22.

14.

On 01/05/23 A suit filed notice was sent to the defendant. [ case was filed in the wrong jurisdiction in circuit court and now seeking equitable relief in court of equity]

15.

On 01/10/23 the defendant sent a letter via FEDEX tracking # 7710 0339 8682 denying allegations. Defendant claimed to waive, forgive, and discharge debt by signing a "contract" waiving my rights with no compensation.or apology for their wrongdoings.

16.

On 01/12/23 the plaintiff sent a counter offer for the "01/10/23" letter.

17.

On 01/30/23 the defendant had their lawyer RONALD C. GILBERT III reached out with a response attached asking to direct all correspondence regarding the "loan" to his office.

18.

On 02/15/23 the plaintiff sent a response to their representative stating what has been asked of the defendant enclosed with definitions. Representative did not respond.

19.

Plaintiff also shows that as a result of said events, The Defendant has performed the following actions:

- A)     Prohibited Actions and violations on Fee Schedule- $5,900,000
- B)     Ultra Vires Act- $500,000
- C)     Peonage - $500,000 fine
- D)     Breach of Fiduciary Duties- $500,000
- E)     Claiming a debt was owed with providing proof of an original contract-$300,0000.
- F)     Not providing the ON and OFF ledger of accounting as requested to

3

provide proof of a loan or that money was borrowed- $300,000

WHEREFORE, The defendant has performed over $7,500,000.00 in prohibited actions, ultra vires act, usurping powers it does not have, peonage, and other damageable events. Out of good faith, The Executor over the Precedent Vested Estate. DARION JOSEPH ALEXANDER, is only praying for equitable relief of an equitable charge in the sum of $1,500,000.00.

I declare this testimony under God served upon you, is mandatory judicial notice of testimony under the rules of evidence.

Date: 06-28-23

darion- joseph: alexander bey, a natural man National non citizen, non resident absolute, Executor, Certificated Security Holder Power of Attorney in Fact, Beneficiary private National of PURE Intentions Republic of Peace and privately residing privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal"Laws of the United States" mode, process and procedure
Bearer of the Kingship of Heaven

in care of, 4045 Steelewater Lane
Indianapolis, Indiana Republic , [46235]
non-domestic, without the UNITED STATES

4