UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARION JOSEPH ALEXANDER, ) | |
| ) | |
|    *Plaintiff*, ) | |
| ) | 1:23-cv-01142-JMS-MG |
| vs. ) | |
| ) | |
| UNITED CONSUMER FINANCIAL SERVICES and ) | |
| RONALD C. GILBERT, III, ) | |
| ) | |
|    *Defendants*. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE for lack of jurisdiction**.

Date: 8/28/2023

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *[signature]*
Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to:**

Darion Joseph Alexander
4045 Steelewater Lane
Indianapolis, IN 46235